General Complaint



FILED

OCT 0 6 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Latrisa Christopher

8404 Warren Prkwy Apt 1838

Frisco, TX 75034

List the full name of each plaintiff in this action.

VS.

Loan Depot Inc.

5465 Legacy Drive,  Plano TX, 75024

see attachment    ETAL

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

Case Number : 4:25CV1088 SDJ-BD

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.   Employ Counsel
        2.   Court - Appointed Counsel
        3.   Lawyer Referral Service of the State Bar of Texas,
             P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        Rob Wiley, PC 2613 Thomas Ave Dallas, TX 75247

        Stacey Cole Law, P.C 7929 Brookriver Dr. #605 Dallas, TX 7524

        see attachment

C.    Results of the conference with counsel:

see attchment

_____

_____

_____

II.    List previous lawsuits:

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?    _____ Yes    _X_ No

B.    If your answer to "A" is "yes",  describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1.    Approximate file date of lawsuit: __N/A_____

2.    Parties to previous lawsuit(s):

Plaintiff __N/A_____

Defendant__N/A_____

Attach a separate piece of paper for additional plaintiffs or defendants.

3.    Identify the court the lawsuit was filed. If federal, name the district.  If state, name the county.

__N/A_____

4.    Docket number in other court. __N/A_____

5.    Name of judge to whom the case was assigned.
__N/A_____

6.    Disposition: Was the case dismissed, appealed or still pending?

__N/A_____

7.    Approximate date of disposition. __N/A_____

III.   Parties to this suit:

    A.   List the full name and address of each plaintiff:

       Pla #1 ___N/A_____

       _____

       _____

       Pla #2 ___N/A_____

       _____

       _____

    B.   List the full name of each defendant, their official position, place of employment and full mailing address.

       Dft #1: ___N/A_____

       _____

       _____

       Dft #2: ___N/A_____

       _____

       _____

       Dft #3 ___N/A_____

       _____

       Attach a separate sheet for additional parties.

## III.

**2. DW Schabbing** – Director, LoanDepot.com LLC, 5465 Legacy Drive, Plano, TX 75024

**3. Vernon Hickerson III** – Supervisor, LoanDepot.com LLC, 5465 Legacy Drive, Plano, TX 75024

**4.Michelle Paul** – Human Resources Manager, LoanDepot.com LLC, 4800 N. Scottsdale Road, Suite 3800, Scottsdale, AZ 85251

**B.**

- Jackson Spencer Law 12221 Merit Drive, Suite 106, Dallas Texas, 75251
- Scott Gilmore Thompson 900 Jackson St. Suite 550, Dallas, TX 75202

**C.**

- Plaintiff has made multiple good faith attempts to obtain legal representation prior to filing this action. Despite these efforts, Plaintiff was denied proper access to counsel and in some instances taken advantage of financially.

- Plaintiff contacted several attorneys, including employment law specialists in Texas, but either received no return calls or was told they could not represent her.

- One attorney required Plaintiff to pay for a consultation, postponed the meeting, and never returned Plaintiff's payment.

- Another attorney required a **$250 consultation fee**, accepted the money, but after hearing the facts of the case stated he could not represent Plaintiff. Plaintiff was left without representation and without a refund of the consultation payment.

- Other attorneys Plaintiff contacted failed to return phone calls or respond after initial inquiries.

- As a result, Plaintiff has been forced to proceed **pro se** in this matter. Plaintiff has attempted in good faith to obtain counsel but has been denied access and financially harmed in the process.

(GC)1

**IV.**

1. Plaintiff was employed as a **Customer Advocate Representative** and reported directly to supervisor Vernon Hickerson, under the direction of DW Schabbing (Director) and with oversight from HR Manager Michelle Paul.

2. Beginning in 2022 and continuing into 2023, Plaintiff raised repeated complaints about unfair call routing, being targeted as a "dumping ground" for unresolved customer issues, and lack of support from colleagues. These concerns were documented in emails to management. Instead of addressing the issues, management accused Plaintiff of having an "aggressive tone" to discredit her.

3. On May 21, 2023, Plaintiff began using **Family Medical Leave Act (FMLA) leave** for a serious health condition. This leave was formally approved by Lincoln Financial Group through August 13, 2023, with remaining entitlement of over 300 hours. (Exhibit A – FMLA Approval/Entitlement Letters).

4. Shortly after exercising FMLA rights, Plaintiff was retaliated against. On June 14, 2023, and June 22, 2023, she was issued a **Final Written Warning** and corrective action for alleged performance issues, despite her protected leave status and without progressive warnings. (Exhibit B – Corrective Action Form).

5. During this same period, Plaintiff's manager told her, "You don't get the same results because you are missing too many days," a direct reference to her FMLA leave. This constitutes **retaliation**.

6. Plaintiff also raised safety concerns and requested work-from-home accommodations in 2022–2023. Initially permitted, she was later pressured to return to the office against her wishes, creating a hostile environment. (Exhibit C – Emails with Management).

7. In 2025, Plaintiff discovered that her company email account had been **hacked or altered**, and original complaints were replaced with "passive verbiage." Plaintiff had preserved original copies proving her real communications, which demonstrate retaliation and obstruction. (Exhibit D – Original Emails vs. Altered Versions).

8. As a result of Defendant's conduct, Plaintiff has suffered **emotional distress, humiliation, financial harm, and loss of career opportunities.**

(GC) 2

## V.

Plaintiff respectfully requests that the Court grant judgment in her favor and award:

- Compensation for lost wages and benefits.

- Compensation for emotional distress and suffering.

- Punitive damages for retaliation, discrimination, and spoliation of evidence.

- Attorney's fees and costs of this action.

- Any additional relief the Court deems just and proper.

(GC) 3

IV:      Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

See attachment

V.    Relief: State Briefly exactly what you want the court to do for you.  Make no legal arguments and do not cite cases or statutes.  Attach additional pages if necessary.

See attachement
_____

_____

_____

_____

_____

_____

_____

Signed this _____07_____ day of ___October_____, 20_25____.

(Month)                              (Year)

*Latrica Christopher*

*Frisco Tx 75034*

*8404 Warren Peky way Apt 1838*

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __10/7/2025_____

Date

817-729-8460

Signature of each plaintiff